**FILED**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
~~WESTERN~~ DIVISION
EASTERN

OCT 0 7 2010 NF

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Clarence Curington-EL

---

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

10cv6450
Judge Ronald A. Guzman
Magistrate Morton Denlow

vs.

Case No: _____
(To be supplied by the Clerk of this Court)

City of Harvey
Dept of Planning & Development
LaTonya Rufus, Director
Eric Kellogg, mayor

---

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**

✓      **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
U.S. Code (state, county, or municipal defendants)

_____      **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

_____      **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

A. Name: Clarence Curington-EL

B. List all aliases: _____

C. Prisoner identification number: _____

D. Place of present confinement: _____

E. Address: 4201 Sauk Trail Richton Park Ill 60471

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: City of Harvey

   Title: City

   Place of Employment: City of Harvey Ill.

B. Defendant: Latanya Rufus

   Title: Director Planning & Development

   Place of Employment: City of Harvey Ill Planning & Development

C. Defendant: Eric Kellogg

   Title: Mayor

   Place of Employment: City of Harvey Ill.

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2  Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: *None* *NA*

B. Approximate date of filing lawsuit: *NA*

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: *NA*

D. List all defendants: *NA*

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): *NA*

F. Name of judge to whom case was assigned: *NA*

G. Basic claim made: *NA*

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): *NA*

I. Approximate date of disposition: *NA*

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Check facts & laws violated in this case. Make legal options known to plaintiff

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 7 day of October, 20 10

_____
(Signature of plaintiff or plaintiffs)

Clarence Curington-El
(Print name)

_____
(I.D. Number)

4201 Sauk Trail Richton Park Ill 60471
(Address)

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

1. Plaintiff purchased property from Lule Stidwell on or about 8-13-2007
2. Property was in court with numerous violations. Plaintiff then became a codefendant in case # 07 M6 4507 City of Harvey Vs. Lule Stidwell/CT&T
3. Plaintiff sought $850,000 loan for repair renovations Phase II
4. Phase II funding was denied because city of Harvey would not release transfer stamps, that plaintiff could record his deed & sure of lender confidence
5. A hearing before the court on 3-4-08 ended with a conditional demolition order being entered with a 90 day stay, that plaintiff could meet these conditions. A set of architectural drawings dated 2-25-08 were dropped off to the Planning & Dev office during the interim between court date
6. A motion to vacate demolition order & extend the stay was prepared for court 6-4-08
7. On or about 7-16-2008 numerous men converged on the property, removing boards, taking measurements, photos, inspections etc. When questioned why they said bldg. is to be torn down, plaintiff quickly reboarded property & resecured
8. Sept 2008 Ms. Rufus & Mr Campbell (C.O.H.) are advised by attorney Gusinger to take action before court date of 10-9-08 thereby effectively eliminating plaintiffs chance to rehab the property. Plaintiff applies for an S.b.a. loan for property Phase III in amount of 1 million $
9. On oct 8 2008 The city of Harvey had the blg torn down
10. At court hearing at Markham court house room 207, LaTonya Rufus Director of Planning & Dev. testified before Martin E. McDonough, that the property has already been 50% demolished and that Judge McDonough must enter the order of demolition. The judge then therefore entered the demo. order

Defendant

1. City of Harvey a municipality locally where incident occurred and ultimate principality responsible & accountable to its residents in its individual capacity

2. Defendant Eric Kellogg is a final policy maker for the city. Acting under color of law (state) & within the scope of his office & employment as Mayor of City. Mayor Kellogg, knowingly, willfully and wantonly, recklessly or with deliberate indifference and callous disregard of plaintiffs rights, directly caused instituted or was the moving force behind the demolition. Eric Kellogg in his individual capacity

3. Defendant Latonya Rufus is a final decision maker for the city. She is the Director of Planning & Development. Latonya Rufus & her staff directly or indirectly under color of state law espoused or ratified the unlawful deliberate, malicious, reckless or wanton conduct of its officers employees & contractors as described in this complaint and adopted by attrition their actions as an official policy or custom Latonya Rufus in her individual capacity

5. As of yet unknown employees or as of yet unknown participants in this action in their individual capacities

4. Harvey Planning & Development a dept of City of Harvey, responsible & accountable to its residents to help provide quality housing in its individual capacity

5

Revised 9/2007