## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: _Clarence Curington-EL_
(Please print)

STREET ADDRESS: _4201 Sauk Trail_

CITY/STATE/ZIP: _Richton Park Ill. 60471_

PHONE NUMBER: _773 554 0190_

CASE NUMBER: 10cv6450
Judge Ronald A. Guzman
Magistrate Morton Denlow

_[signature]_      10-07-2010
Signature      Date

**FILED**

OCT 07 2010

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT