# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.1.1
### Eastern Division

Clarence Curington–El

                                    Plaintiff,

v.                                                           Case No.: 1:10–cv–06450
                                                                        Honorable Ronald A. Guzman

City Of Harvey, et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 6, 2010:

      MINUTE entry before Honorable Ronald A. Guzman: Motion by Plaintiff to extend status hearing date of 12/8/10 [6] is granted. Status hearing reset to 1/19/2011 at 09:30 AM. Any future motion filing that does not include a Notice of Motion filed according to the Rules of Civil Procedure will be stricken. Mailed notice (cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.